```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

State of New Hampshire, Dept.
of Environmental Services

    v.

                                    Case No. 22-cv-223-SE

Georgia-Pacific Consumer
Products LP, et al

## JUDGMENT

In accordance with the Consent Decree signed by Judge Samantha D. Elliott on August 15, 2022, judgment is hereby entered.

                                                By the Court:

                                                /s/ Tracy A. Uhrin
                                                _____
                                                Tracy A. Uhrin
                                                Chief Deputy Clerk

Date: August 15, 2022

Cc:    Joshua Connor Harrison, Esq.
        Charles Denton, Esq.
        James Joseph Armillay, Jr., Esq.